UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. |
| | ) | |
| BANK OF SPRINGFIELD, | ) | |
| | ) | |
| **Serve at:** | ) | |
| Tom Marantz | ) | |
| Chairman of the Board and Chief Executive Officer | ) | |
| 2600 Stevenson Drive | ) | |
| Springfield, Illinois | ) | |
| | ) | |
| Defendant. | ) | |

## **EXHIBIT SUMMARY**

The following exhibits are referenced in support of the Complaint.  Copies of these exhibits will be provided as required by Local Rules:

EXHIBIT A:  Promissory Note dated August 11, 2015, in the original principal amount of $10,000,000.00, along with the latest Change in Terms Agreement.

EXHIBIT B:  Promissory Note dated September 29, 2015, along with the latest Change in Terms Agreement, evidencing a revolving line of credit with a credit limit of $3,125,000.00.

EXHIBIT C:   Promissory Note dated January 12, 2016, along with the latest Change in Terms Agreement, evidencing a revolving line of credit with a credit limit of $500,000.00.

EXHIBIT D:  Deed of Trust dated August 11, 2015, on real property commonly known as 820-830 James S. McDonnell Blvd. and 1570-1580 Ville Martha Lane, Hazelwood, Missouri ("Property"), with a maximum lien of $10,000,000.00 plus interest and sums advanced, recorded in the St. Louis County Recorder of Deeds' Office on August 13, 2015, in Book 21636, Page 2916.

EXHIBIT E:  Demand Promissory Note and Loan and Security Agreement.

EXHIBIT F:  Subordination Agreement.

Respectfully submitted,

CARMODY MACDONALD P.C.

By: */s/ Spencer P. Desai*_____
Spencer P Desai, #39877MO
Kyle P. Lane, #66028MO
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105
314-854-8600 Telephone
314-854-8660 Facsimile
spd@carmodymacdonald.com
kpl@carmodymacdonald.com

Attorneys for Plaintiff NextGear Capital, Inc.