UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

NextGear Capital, Inc. )
          **Plaintiff (s),** )
)
**v.** )    **Case No.**  4:18-cv-01086
)
Bank of Springfield )
          **Defendant(s).** )

## NOTICE OF INTENT TO USE PROCESS SERVER

**Comes now** NextGear Capital, Inc. **and notifies the court of the intent to use**
**(Plaintiff or Defendant)**

Dennis Dahlberg
**(name and address of process server)**
1107 Chatelet Drive
St. Louis, MO 63135

**To serve:** Bank of Springfield, c/o Tom Marantz _____in the
**(name of defendants to be served by this process server)**

above-styled cause. The process server listed above possesses the requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.

The undersigned affirms the information provided above is true and correct.

07/05/2018                                             /s/ Spencer P. Desai
**(date)**                                                **(attorney for Plaintiff)**

                                                                               **(attorney for Defendant)**