UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **NextGear Capital, Inc.**  **Plaintiff**  v.  **Bank of Springfield**  **Defendant** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 4:18-cv-01086-NCC |

**NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION**

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section

**CHECK ONE:**

[✓] The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

[ ] The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Nextgear Capital, Inc.**

Submitted By:  **Spencer P. Desai**          Dated  **July 30, 2018**

Note:   Corporations may execute this election only by counsel.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this
**July 30, 2018**

Signature:     /S/  **Spencer P. Desai**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **NextGear Capital, Inc.** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Case No. 4:18-cv-01086-NCC |
| **Bank of Springfield** | ) |
| | ) |
| **Defendant** | ) |

**NOTICE REGARDING MAGISTRATE JUDGE JURISDICTION**

Each party to the above-captioned civil matter is to select **one** of the following two options indicating whether the party **will consent** or **will not consent** to having the assigned Magistrate Judge conduct any and all proceedings in this case, including trial and entry of final judgment in accordance with the provisions of Title 28 U.S.C. Section

**CHECK ONE:**

☑ The party or parties listed below **consent** to the jurisdiction of the Magistrate Judge. (Note: Selecting this option does not affect your ability to challenge this court's subject matter or personal jurisdiction).

☐ The party or parties listed below **do not consent** to the jurisdiction of the Magistrate Judge. (Note: If you select this option, your case will be randomly reassigned to a District Judge).

Name of Party or Parties:

**Bank of Springfield**

Submitted By:   **Paul J. Puricelli**          Dated   **November 08, 2018**

Note:   Corporations may execute this election only by counsel.

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Notice was served on all parties of record in this **November 08, 2018**

Signature:    /S/  **Paul J. Puricelli**