UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-01086-NCC |
| | ) | |
| BANK OF SPRINGFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF APPEARANCE

COMES NOW Patrick G. Carmody of the law firm of Carmody MacDonald P.C. and enters his appearance on behalf of NextGear Capital, Inc., in the above-captioned matter.

Dated:  November 13, 2018

Respectfully submitted,

CARMODY MacDONALD P.C.

By:   /s/ Patrick G. Carmody
Spencer P. Desai, #39877 MO
Patrick G. Carmody, #62784 MO
120 S. Central Avenue, Suite 1800
St. Louis, MO 63105
Telephone:  (314) 854-8600
Facsimile:  (314) 854-8660
spd@carmodymacdonald.com
pgc@carmodymacdonald.com

*Attorneys for Plaintiff NextGear Capital, Inc.*

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and complete copy of the foregoing was served on the 13th day of November 2018 via the Court's ECF system upon all counsel of record.

                                                      */s/ Patrick G. Carmody*