UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-CV-01086-NCC |
| BANK OF SPRINGFIELD, | ) |
| Defendant. | ) |

## ENTRY OF APPEARANCE

COME NOW Paul J. Puricelli and the law firm of Stone, Leyton & Gershman, P.C., and enter their appearance on behalf of Bank of Springfield in the above-captioned matter.

STONE, LEYTON & GERSHMAN,
A PROFESSIONAL CORPORATION

By:/s/Paul J. Puricelli
Paul J. Puricelli   32801MO
7733 Forsyth Boulevard, Suite 500
St. Louis, Missouri  63105
(314) 721-7011 (telephone)
(314) 721-8660 (telecopy)

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the aforementioned was served via the Court's ECF system on the 14th day of November, 2018 upon all counsel of record.

/s/: Paul J. Puricelli