UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| NEXTGEAR CAPITAL, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 18-cv-01086-NCC |
| ) | |
| BANK OF SPRINGFIELD, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF WITHDRAWAL OF COUNSEL FOR NEXTGEAR CAPITAL, INC.**

COMES NOW the law firm of Carmody MacDonald P.C., and due to NextGear Capital, Inc.'s counsel, Kyle P. Lane's departure from the firm, hereby withdraws Mr. Lane's appearance as counsel for NextGear Capital, Inc.

Respectfully submitted,

CARMODY MACDONALD P.C.

By:   */s/ Spencer P. Desai*
Spencer P Desai, #39877MO
Patrick G. Carmody, #62784
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105
314-854-8600 Telephone
314-854-8660 Facsimile
spd@carmodymacdonald.com
pgc@carmodymacdonald.com

*Attorneys for Plaintiff NextGear Capital, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and complete copy of the foregoing was served on the 6th day of December 2018 via the Court's ECF system upon all counsel of record.

*/s/ Spencer P. Desai*