# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No.  4:18-CV-01086-NCC |
| ) | |
| **BANK OF SPRINGFIELD,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion to Schedule Rule 16 Conference (Doc. 27), to which Defendant has responded (Doc. 28).  In the Motion, Plaintiff seeks to expedite the Rule 16 conference.  Defendant opposes the Motion in light of Defendant's pending Motion to Dismiss Second Amended Complaint (Doc. 21), which has been taken under advisement.

After careful consideration of the parties' respective positions, and in light of the pending Motion to Dismiss,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Schedule Rule 16 Conference (Doc. 27) is **DENIED**.

Dated this 1st day of April, 2019.

　　　　　　　　　　　　　　　　　　　　  /s/ Noelle C. Collins  
　　　　　　　　　　　　　　　　　　　NOELLE C. COLLINS  
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE