UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| NEXTGEAR CAPITAL, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18-cv-01086-NCC |
| | ) | |
| BANK OF SPRINGFIELD, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM**

COMES NOW Plaintiff NextGear Capital, Inc., by and through its undersigned counsel, and states that it declines to file a Third Amended Complaint as allowed by this Court's Order dated June 19, 2019.

Respectfully submitted,

CARMODY MACDONALD P.C.

By: */s/ Spencer P. Desai*
Spencer P. Desai, #39877
Patrick G. Carmody, #62784
Lauren G. Gamel, #69085
120 South Central Avenue, Suite 1800
St. Louis, Missouri 63105
314-854-8600 Telephone
314-854-8660 Facsimile
spd@carmodymacdonald.com
pgc@carmodymacdonald.com

*Attorneys for Plaintiff NextGear Capital, Inc.*

- 2 -

## **CERTIFICATE OF SERVICE**

    The undersigned certifies that a true and complete copy of the foregoing was served on the 1st day of July 2019 via the Court's ECF system upon all counsel of record.

    */s/ Spencer P. Desai*