**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **NEXTGEAR CAPITAL, INC.,** )  | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 4:18-CV-01086-NCC |
| ) | |
| **BANK OF SPRINGFIELD,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER OF DISMISSAL

In accordance with this Court's June 19, 2019 Memorandum and Order granting Defendant Bank of Springfield's Motion to Dismiss (Doc. 30) and Plaintiff NextGear Capital, Inc.'s Memorandum indicating it does not intend to file a third amended complaint (Doc. 31),

**IT IS HEREBY ORDERED** that this action is **DISMISSED with prejudice**.

Dated this 8th day of July, 2019.

                                                           /s/ Noelle C. Collins
                                                          NOELLE C. COLLINS
                                                          UNITED STATES MAGISTRATE JUDGE